**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesse Craig McKINNEY, Defendant–**
**Appellant.**

No. 09–10258
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 30, 2009.

Alison Wallace, Pelham, AL, for Defendant–Appellant.

Jeffrey M. Anderson, Jenny Lynn Smith, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Jesse Craig McKinney in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and McKinney's convictions and sentences are **AFFIRMED.**